## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Rybak Brothers Construction, LLC,<br><br>                Plaintiff,<br>vs.<br><br>Wells Fargo Bank, N.A.,<br><br>                Defendant. | Civ. No. _____<br><br>**<u>CORPORATE DISCLOSURE</u>**<br>**<u>STATEMENT</u>** |

Pursuant to Fed. R. Civ. P. 7.1, Defendant Wells Fargo Bank, N.A. hereby identifies Wells Fargo & Company as its parent corporation.  Wells Fargo & Company is a publicly held corporation that owns 100% of the stock of Wells Fargo Bank, National Association.

Dated:  August 24, 2009

                <u>s/ Richard T. Thomson</u>
                Richard T. Thomson (# 109538)
                Amy L. Schwartz (#0339350)
                Attorneys for Defendant Wells Fargo Bank, N.A.
                Lapp, Libra, Thomson, Stoebner & Pusch, Chartered
                One Financial Plaza, Suite 2500
                120 South Sixth Street
                Minneapolis, MN  55402
                Telephone:  (612) 338-5815
                Fax:  (612) 338-6651
                rthomson@lapplibra.com
                aschwartz@lapplibra.com
                ATTORNEYS FOR WELLS FARGO BANK, N.A.